IFP Waiver Fld

1  Stevan Jason Wildman (Full Name)
2  JWildman314@GMAIL.com (Email Address)
3  1931 San Juan St. (Address Line 1)
4  Tustin, CA, 92780 (Address Line 2)
5  657-267-8661 (Phone Number)
6  Plaintiff in Pro Per

FILED
CLERK, U.S. DISTRICT COURT
SEP - 7 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Stevan Jason Wildman,
    Plaintiff,
vs.
Maria Lopez
_____
_____
_____
    Defendant(s).

Case No.: 8:22-cv-01652
(To be supplied by the Clerk)
MEMF (JDE)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded:** ☒ Yes ☐ No

*(All paragraphs and pages must be numbered.)*

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because Maria Lopez is a Santa Ana Police officer

---

*Form prepared by Public Counsel.*
*© 2010, 2013 Public Counsel.*
*All rights reserved.*
*Revised: August 2013*

1 / Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## III. PARTIES

3. Plaintiff _Stevan Jason Wildman_ resides at:
   _(your full name)_
   _1431 San Juan St. Tustin, CA, 92780_
   _(your address)_

   (You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)

4. Defendant _Maria Lopez_ works at
   _(full name of Defendant)_
   _Santa Ana Police Dept._
   _(Defendant's place of work)_

   Defendant's title or position is _Public Information Officer_
   _(Defendant's title or position at place of work)_

   This Defendant is sued in his/her (check one or both):

   ☒ individual capacity            ☒ official capacity

   This Defendant was acting under color of law because: _she is a police officer_

5. Defendant ~~Maria Lopez~~ works at
   _(full name of Defendant)_
   _____
   _(Defendant's place of work)_

   Defendant's title or position is _____
   _(Defendant's title or position at place of work)_

   This Defendant is sued in his/her (check one or both):

   ☐ individual capacity            ☐ official capacity

   This Defendant was acting under color of law because: _____

____. Defendant _____ works at
Insert ¶ #           (full name of Defendant)

_____
            (Defendant's place of work)

Defendant's title or position is _____.
                          (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☐ official capacity

This Defendant was acting under color of law because _____

_____

_____

_____

____. Defendant _____ works at
Insert ¶ #           (full name of Defendant)

_____
            (Defendant's place of work)

Defendant's title or position is _____.
                          (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☐ official capacity

This Defendant was acting under color of law because _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

___. I was ARRESTED for a CRIME I did NOT COMMIT.

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

Civil Rights Complaint Pursuant to U.S.C. § 1983

## V. CLAIMS

### Claim #1

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

___. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right:
4th & 14th Amendment

___. The above civil right was violated by the following Defendants:
Maria Lopez

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

___. Officer Maria Lopez arrested me for a crime I did NOT commit

___. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way:
I was sentenced to PRISON for 7 YEARS!

## Claim #( )

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___.  _____
*Insert ¶ #*

___. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___.  _____
*Insert ¶ #*

___. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

$25,000,000

Dated: Sept. 07, 2022
Sign: S. ~~
Print Name: S. Jason Wildman

7
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: Sept. 07, 2022

Sign: _____

Print Name: Steven Jason Wildman

Civil Rights Complaint Pursuant to U.S.C. § 1983